THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In
The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Stephanie J. Easterling, Appellant.
 
 
 

Appeal
from Richland County
Kenneth
 G. Goode, Circuit Court Judge

Unpublished Opinion
No. 2007-UP-296
Submitted June 1,
 2007  Filed June 8, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Joseph L.
 Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Warren B. Giese, of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  Stephanie J. Easterling pled guilty to armed robbery and
 conspiracy to commit armed robbery.  The plea judge sentenced Easterling to twelve
 and five years of imprisonment, concurrent.  Easterlings appellate
 counsel filed a brief pursuant to Anders v. California, 386 U.S. 738
 (1967).  Counsel additionally submitted a petition to be relieved from
 representation, asserting there are no direct appeal issues of arguable merit. 
Easterling filed a pro se response with the Court.
After a review
 of the record pursuant to Anders and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON,
 HUFF, and BEATTY, JJ., concur.
 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.